**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 19-cv-2622-WJM-MEH

GARRET QUINN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

FIELD GEO SERVICES, INC.,

    Defendant.

---

**ORDER GRANTING THE PARTIES' JOINT MOTION TO DISMISS AND ARBITRATE**

---

This matter comes before the Court on the Parties' Joint Motion to Dismiss and Arbitrate (ECF No. 61). The Court having reviewed the Joint Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE for further arbitration proceedings. Each party shall pay his or its own attorney's fees and costs.

Dated this 24th day of September, 2021.

BY THE COURT:

_____
William J. Martínez
United States District Judge